**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JONATHAN LEYVA,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | **Case No. 1:24-CV-00209-DII** |
| **AMAZON LOGISTICS, INC.,** | § | |
| **CARRANZA TRUCKING, LLC, AND** | § | |
| **ALBERTO MEDINA SARRIA,** | § | |
| *Defendants* | § | |

## O R D E R

Plaintiff filed his Original Complaint on February 29, 2024. Dkt. 1. Defendant Amazon Logistics, Inc. made an appearance in the case on April 8, 2024. Dkt. 4. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring parties submit a proposed scheduling order to the court "[n]ot later than 60 days after any appearance of any defendant").

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **July 29, 2024**.

**SIGNED** on July 17, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE