

U.S. Department of Transportation
**Federal Motor Carrier Safety Administration**
**Licensing and Insurance Public**

Menu   Choose Menu Option ⌄   **Go**

## Authority History

| US DOT: | 2881058 | Docket Number: | FF00016223 |
|---|---|---|---|
| Legal Name: | AMAZON LOGISTICS, INC. | | |

| Sub | Auth Type | Original Action | | Disposition | |
|---|---|---|---|---|---|
| | **PROPERTY FREIGHT FORWARDER** | GRANTED | 08/26/2016 | | |

[Carrier Details](#)    [Active/Pending Insurance](#)    [Rejected Insurance](#)    [Insurance History](#)    [Pending Application](#)    [Revocation](#)

June 7, 2025



FMCSA Home | DOT Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins | Related Sites | Help

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 - 1-800-832-5660 - TTY: 1-800-877-8339 - Field Office Contacts

○ USDOT Number    ○ MC/MX Number    ◉ Name

Enter Value: | AMAZON LOGISTICS INC |

[ Search ]

*Company Snapshot*

**AMAZON LOGISTICS INC**
USDOT Number: 2881058

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | **Safety Rating**

---

**Other Information for this Carrier**

▼ **SMS Results**
▼ **Licensing & Insurance**

---

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form **MCS-150** which can be obtained **online** or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's **DataQs** system.

**USDOT Status**

- **ACTIVE**: The entity's US DOT number is active.
- **INACTIVE**: Inactive per 49 CFR 390.19(b)(4); biennial update of MCS-150 data not completed.
- **OUT-OF-SERVICE**: Carrier is under any type of out-of-service order and is not authorized to operate.

**Operating Authority Status**

- **AUTHORIZED FOR { Passenger, Property, HHG }**: This will list the specific operating authorities the carrier (or broker) is allowed to operate.
- **NOT AUTHORIZED**: The entity does not have any operating authority and/or is not authorized to engage in interstate, for-hire operations.
  - **\*Please Note:** **NOT AUTHORIZED** <u>does not apply</u> to **Private** or **Intrastate** operations.
- **OUT-OF-SERVICE**: Carrier is under any type of out-of-service order and is not authorized to operate.

**Out of Service Date**
Indicates the date the company was ordered Out of Service. If there are multiple Out of Service orders, the earliest date will be displayed.

**Please note:** If there are multiple Out-of-Service orders, the earliest date will be displayed.

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

**The information below reflects the content of the FMCSA management information systems as of 06/06/2025.**

**To find out if this entity has a pending insurance cancellation, please click here.**

| USDOT INFORMATION |
|---|

| | | |
|---|---|---|
| **Entity Type:** | **CARRIER/SHIPPER/BROKER** | |
| **USDOT Status:** | **ACTIVE** | **Out of Service Date:** **None** |
| **USDOT Number:** | **2881058** | **State Carrier ID Number:** |
| **MCS-150 Form Date:** | **03/03/2025** | **MCS-150 Mileage (Year):** **257,854,094 (2023)** |

| OPERATING AUTHORITY INFORMATION | |
|---|---|
| **Operating Authority Status:** | **AUTHORIZED FOR Property** <br><br> **For Licensing and Insurance details** click here. |
| **MC/MX/FF Number(s):** | **FF-16223** <br> **MC-826094** |

| COMPANY INFORMATION | |
|---|---|
| **Legal Name:** | **AMAZON LOGISTICS INC** |
| **DBA Name:** | **PRIME** |
| **Physical Address:** | **207 BOREN AVE** <br> **SEATTLE, WA   98109** |
| **Phone:** | **(206) 529-5817** |
| **Mailing Address:** | **601 MONSTER RD SW** <br> **RENTON, WA   98057** |
| **DUNS Number:** | **--** |
| **Power Units:** | **15,545**      **Drivers:** **32,591** |

**Operation Classification:**

| | | |
|---|---|---|
| **x** Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| | | |
|---|---|---|
| **x** Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**HM Shipper Operation:**

| | |
|---|---|
| **x** Interstate | Intrastate |

**Cargo Carried:**

| | | |
|---|---|---|
| **x** General Freight | Liquids/Gases | Chemicals |
| Household Goods | Intermodal Cont. | Commodities Dry Bulk |

| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |
| Motor Vehicles | Oilfield Equipment | Beverages |
| Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | Meat | Construction |
| Machinery, Large Objects | Garbage/Refuse | Water Well |
| Fresh Produce | US Mail | **X AMAZON PACKAGES** |

## [ID/Operations](#) | Inspections/Crashes In US | [Inspections/Crashes In Canada](#) | [Safety Rating](#)

**US Inspection results for 24 months prior to:** **06/06/2025**

Total Inspections: 3698
Total IEP Inspections: 0

**Note:** Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to [Inspections Help](#) for further information.

**Inspections:**

| Inspection Type | Vehicle | Driver | Hazmat | IEP |
|---|---|---|---|---|
| **Inspections** | **2434** | **3674** | **4** | **0** |
| **Out of Service** | **110** | **43** | **0** | **0** |
| **Out of Service %** | **4.5%** | **1.2%** | **0%** | **0%** |
| **Nat'l Average as of DATE 04/25/2025\*** | 22.26% | 6.67% | 4.44% | N/A |

**\*OOS rates calculated based on the most recent 24 months of inspection data per the latest monthly SAFER Snapshot.**

**Inspections**

*Number of roadside inspections conducted within the past two years. (Note: These inspections are distinct from the periodic inspections required under 49 CFR Part 396.17, and may not include inspection of all parts and accessories set forth in 49 CFR Part 396 Appendix A.)*

*The inspections listed on SAFER are conducted in accordance with the North American Standard Inspection Program which was created by the Commercial Vehicle Safety Alliance (CVSA) as the roadside inspection process for inspecting commercial motor vehicles and drivers throughout North America.*

*Inspections are listed as total, driver, vehicle, and Hazmat. Please see https://www.fmcsa.dot.gov/safety/question-1-can-violation-free-cvsa-level-i-or-level-v-inspection-be-used-satisfy-periodic for more details.*

### Crashes reported to FMCSA by states for 24 months prior to: 06/06/2025

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

**Crashes:**

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 5 | 135 | 200 | 340 |

---

## ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

### Canadian Inspection results for 24 months prior to: 06/06/2025

Total inspections: 0

**Note:** Total inspections may be less than the sum of vehicle and driver inspections. Go to Inspections Help for further information.

**Inspections:**

| Inspection Type | Vehicle | Driver |
|---|---|---|
| Inspections | 0 | 0 |
| Out of Service | 0 | 0 |
| Out of Service % | 0% | 0% |

### Crashes results for 24 months prior to: 06/06/2025

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

**Crashes:**

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 0 | 0 |

## ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

*The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.*

**Carrier Safety Rating:**

The rating below is current as of: **06/06/2025**

### Review Information:

| | | | |
|---|---|---|---|
| **Rating Date:** | **None** | **Review Date:** | **04/30/2024** |
| **Rating:** | **None** | **Type:** | **Non-Ratable** |

SAFER Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 • 1-800-832-5660 • TTY: 1-800-877-8339 • Field Office Contacts